**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00460-RM-NYW

PETER L. GLASER, an individual,

      Plaintiff,

v.

TSG COMPANY, LLC, a Delaware limited liability company, and
TSG SKI & GOLF, LLC, a Delaware limited liability company d/b/a
Telluride Ski and Golf, Telluride Ski and Golf Resort, Telluride Ski Area, and
Telluride Ski Resort,

      Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This matter is before the Court on Defendants Unopposed Motion to Amend Minute Order of January 27, 2015 (the "Motion"). [#20, filed March 31, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated February 26, 2014 [#4] and memorandum dated March 31, 2015 [#21].

      IT IS ORDERED that the Motion is GRANTED IN PART:

1. Expert witness disclosures are due on or before **June 1, 2015**;

2. Rebuttal expert witness disclosures are due on or before **July 20, 2015**; and

3. All other deadlines set in the January 27, 2014 Order shall remain the same.

DATED:  April 1, 2015